IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bonk Jr, Bruce M | Case Number: 08 B 23105 |
|---|---|---|
| | Bonk, Natalie L | Judge: Hollis, Pamela S |
| | Printed: 02/24/09 | Filed: 8/30/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  December 15, 2008
Confirmed: November 10, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,703.82 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 3,703.82 |
| Totals: | 3,703.82 | 3,703.82 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Robert R Mucci | Secured | 0.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 2,814.54 | 0.00 |
| 5. | Chase Home Finance | Secured | 372.57 | 0.00 |
| 6. | Chase Bank USA NA | Unsecured | 690.76 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 8,176.47 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 9,755.46 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 8,216.29 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 7,777.26 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 2,556.94 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 2,054.98 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 1,060.65 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 297.11 | 0.00 |
| 15. | PRA Receivables Management | Unsecured | 11,312.95 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 5,532.06 | 0.00 |
| 17. | St Thomas/Water Island | Secured | | No Claim Filed |
| 18. | Meridian Financial Serv | Secured | | No Claim Filed |
| 19. | Govt Of The USVI Tax Assessor | Secured | | No Claim Filed |
| 20. | Meridian Financial Serv | Secured | | No Claim Filed |
| 21. | Meridian Financial Serv | Secured | | No Claim Filed |
| 22. | Meridian Financial Serv | Unsecured | | No Claim Filed |
| 23. | Trackers Inc | Unsecured | | No Claim Filed |
| 24. | AT&T Mobility | Unsecured | | No Claim Filed |
| 25. | Govt Of The USVI Tax Assessor | Unsecured | | No Claim Filed |
| 26. | Chase | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Bonk Jr, Bruce M | Case Number: 08 B 23105 |
|---|---|---|
| | Bonk, Natalie L | Judge: Hollis, Pamela S |
| | Printed: 02/24/09 | Filed: 8/30/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | ER Solutions | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | F K & M Law Offices | Unsecured | | No Claim Filed |
| 30. | Hilco Receivables, LLC | Unsecured | | No Claim Filed |
| 31. | Penn Credit Corp | Unsecured | | No Claim Filed |
| 32. | Comcast | Unsecured | | No Claim Filed |
| 33. | Thomas S Bartuska | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |
| 35. | St Thomas/Water Island | Unsecured | | No Claim Filed |
| 36. | Gerber Life Insurance | Unsecured | | No Claim Filed |
| | | | $ 60,618.04 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: